EMILY BETH COKER
413 E 5TH AVE
PETAL, MS 39465

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FORREST GENERAL
6051 US 49
HATTIESBURG, MS 39401

UPROVA CREDIT
635 HWY 20 V
UPPER LAKE, CA 95485

BIRCH LENDING
P.O. BOX 58020
MINTO, AK 99758

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

COMENITY
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

COMENITY BANK
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

NELNET
PO BOX 82561
LINCOLN, NE 68501

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

NETCREDIT
175 W. JACKSON BLVD.
SUITE 600
CHICAGO, IL 60604

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

PAYPAL
P.O. BOX 105658
ATLANTA, GA 30348-5658