_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

   EMILY BETH COKER
   413 E 5th AVE
   PETAL, MS  39465

CHAPTER 13 PROCEEDING:

26-50567 KMS

SSN:  XXX-XX-9587

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   FORREST GENERAL HOSPITAL
   PAYROLL DEPARTMENT
   6051 US HIGHWAY 49
   HATTIESBURG, MS 39401

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net