# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50567          **Case Name:** Emily Beth Coker

**Set:** 06/16/2026 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Capital One Auto Finance (Dkt. #17) - AGREED ORDER TO BE SUBMITTED BY BLACKSHER; CALLED IN BY BLACKSHER'S OFFICE

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Blacksher to submit an Agreed Order on the Objection filed by Capital One Finance [17]. Order due by 06/30/2026. Confirmation hearing removed. (mcc)