_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISIONAL OFFICE

IN RE:                 *
                       *

**EMILY BETH COKER,**      *     **CASE NO.: 26-50567 - KMS**
                       *
                       *

     **Debtor.**              *

### AGREED ORDER (DOCKET #17)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Plan shall be amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $8,032.50 as regards the 2018 Chevrolet Traverse  at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.**  shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR                          CHAPTER 13 TRUSTEE


/S/ Thomas Carl Rollins, Jr.                           /S/ Brian Wilson
Thomas Carl Rollins, Jr.                                 Attorney for Chapter 13 Trustee
The Rollins Law Firm, PLLC                           David Rawlings
trollins@therollinsfirm.com                            Chapter 13 Trustee
P.O. Box 13767                                             Post Office Box 566
Jackson, MS 39236                                       Hattiesburg, MS 39403
(601) 500-5533                                            drawlings@rawlingsch13.net


ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015