United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 26-50567-KMS

Emily Beth Coker                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                         Page 1 of 3

Date Rcvd: Jul 06, 2026                 Form ID: n031                        Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily Beth Coker, 413 E 5th Ave, Petal, MS 39465-2705 |
| 5649046 | | Forrest General, 6051 US 49, Hattiesburg, MS 39401 |
| 5649055 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2026 20:40:47 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5649045 | | Email/Text: bankruptcy_filings@creditninja.com | Jul 06 2026 20:36:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5649039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 06 2026 20:40:47 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5649040 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 06 2026 20:40:41 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5650812 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2026 20:40:44 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5649041 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2026 20:36:00 | Comenity, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5649042 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2026 20:36:00 | Comenity Bank, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5649043 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2026 20:36:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5649044 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 06 2026 20:36:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5649047 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jul 06 2026 20:36:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5649048 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2026 20:40:47 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5651337 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 06 2026 20:40:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5649050 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 06 2026 20:36:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5675733 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2026 20:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5649049 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2026 20:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: n031 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| | | | 939069, San Diego, CA 92193-9069 |
| 5649051 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 06 2026 20:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5649052 | + Email/Text: netcreditbnc@enova.com | Jul 06 2026 20:36:00 | NetCredit, 175 W. Jackson Blvd., Suite 600, Chicago, IL 60604-2948 |
| 5682977 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2026 20:40:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5649054 | Email/Text: bankruptcy@possiblefinance.com | Jul 06 2026 20:36:00 | Possible Finance, Po Box 98686, Las Vegas, NV 89193 |
| 5649053 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 06 2026 20:40:47 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5680406 | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2026 20:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5672284 | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2026 20:36:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5668523 | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2026 20:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5649038 | Email/Text: ashley@tolovanafinancial.com | Jul 06 2026 20:36:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5662850 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 06 2026 20:36:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln NE 68508-1911 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Emily Beth Coker trollins@therollinsfirm.com |

District/off: 0538-6                     User: mssbad                                Page 3 of 3
Date Rcvd: Jul 06, 2026                  Form ID: n031                               Total Noticed: 28

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 4

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26–50567–KMS
**Chapter:**  13

**In re:**

Emily Beth Coker
413 E 5th Ave
Petal, MS 39465

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 6, 2026 (Dkt. # 27 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601–608–4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Dated: July 6, 2026

Danny L. Miller, Clerk of Court